**James E. BALLARD, Appellant,**

v.

**A. L. DUTTON, Warden, Georgia State Prison, Reidsville, Georgia, Appellee.**

**No. 25168.**

United States Court of Appeals
Fifth Circuit.

Sept. 12, 1968.

---

1. Collier's other contention that the Government failed to comply with 26 U.S.C. § 7237(c) (2), is without merit.

**708**

Reginald C. Haupt, Jr., Savannah, Ga., for appellant.

Mathew Robins, Asst. Atty. Gen., Atlanta, Ga., for appellee.

Before WISDOM, COLEMAN and GODBOLD, Circuit Judges.

PER CURIAM:

The district court denied appellant's petition for writ of habeas corpus for failure to exhaust the remedies now available in the courts of the State of Georgia. The decision is affirmed. E. g., Peters v. Rutledge, 5 Cir. 1968, 397 F.2d 731 [June 6, 1968].